DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN L. LUCAS,**
Appellant,

v.

**BAYVIEW LOAN SERVICING, LLC,** a Delaware Limited Liability
Company,
Appellee.

No. 4D18-1113

[January 3, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. 16-020548 CACE (11).

Philippe Symonovicz of the Law Offices of Philippe Symonovicz, Fort Lauderdale, for appellant.

Arnold M. Straus, Jr. of Straus & Associates, P.A., Pembroke Pines, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***